JS-6

DARREL J. HIEBER (Bar No. 100857)
darrel.hieber@skadden.com
FRANCES KAO (Bar No. 161840)
frances.kao@skadden.com
GILA D. JONES (Bar No. 248213)
gila.jones@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

Attorneys for
GIGAMEDIA LIMITED,
T2CN HOLDING LIMITED, and
T2CN INFORMATION TECHNOLOGY
(SHANGHAI) CO., LTD.

[ADDITIONAL COUNSEL ON NEXT PAGE]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN RE GIGAMEDIA LIMITED | Consolidated Case No.:  10-CV-08372-MMM-RZ |
|---|---|
| This Document Relates To:<br><br>All Actions | [~~PROPOSED~~] ORDER GRANTING THE JOINT STIPULATION TO DISMISS THE CONSOLIDATED ACTION WITH PREJUDICE<br><br>Hon. Margaret M. Morrow<br>Complaint Filed:  November 3, 2010<br>Trial Date:  October 30, 2012 |

---

[PROPOSED] ORDER

1  DICK P. SINDICICH (Bar No. 78162)
   dick.sindicich@dachenglaw.com
2  LEODIS C. MATTHEWS (Bar No. 109064)
   leodis.matthews@dachenglaw.com
3  DACHENG LAW OFFICES LLP
   4322 Wilshire Blvd Suite 200
4  Los Angeles, CA 90010
   Telephone:  (323) 930-5690
5  Facsimile:   (323) 630-5693

6
   Attorneys for
7  JI WANG and
   SHANGHAI T2 ENTERTAINMENT
8  COMPANY LIMITED

9  Henry C. Wang (Bar No. 196537)
   HWang@bautelaw.com
10 Sean A. Andrade (Bar No.  223591)
   SAndrade@bautelaw.com
11 BAUTE CROCHETIERE & MALONEY LLP
   777 South Figueroa Street, Suite 4900
12 Los Angeles, CA 90017
   Telephone: (213) 630-5000
13 Facsimile:  (213) 683-1225

14
   Attorneys for
15 HSIANG ("KEVIN") JEN CHIANG and NING LU

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER

## [PROPOSED] ORDER

Having reviewed the parties' Joint Stipulation to Dismiss the Consolidated Action with Prejudice ("Stipulation"), and for good cause shown, the Stipulation is **HEREBY GRANTED**, and the Court **ORDERS** that the Complaint and the Amended Counterclaims are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: December 14, 2011

_____
The Honorable Margaret M. Morrow
United States District Court Judge