JS-6

DARREL J. HIEBER (Bar No. 100857)
darrel.hieber@skadden.com
FRANCES KAO (Bar No. 161840)
frances.kao@skadden.com
GILA D. JONES (Bar No. 248213)
gila.jones@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

Attorneys for
GIGAMEDIA LIMITED,
T2CN HOLDING LIMITED, and
T2CN INFORMATION TECHNOLOGY
(SHANGHAI) CO., LTD.

[ADDITIONAL COUNSEL ON NEXT PAGE]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN RE GIGAMEDIA LIMITED<br><br>This Document Relates To:<br><br>All Actions | Consolidated Case No.: 10-CV-08372-MMM-RZ<br><br>[PROPOSED] ORDER GRANTING THE JOINT STIPULATION TO DISMISS THE CONSOLIDATED ACTION WITH PREJUDICE<br><br>Hon. Margaret M. Morrow<br>Complaint Filed:  November 3, 2010<br>Trial Date:  October 30, 2012 |
|---|---|

[PROPOSED] ORDER

| | |
|---|---|
| 1 | DICK P. SINDICICH (Bar No. 78162) |
| | dick.sindicich@dachenglaw.com |
| 2 | LEODIS C. MATTHEWS (Bar No. 109064) |
| | leodis.matthews@dachenglaw.com |
| 3 | DACHENG LAW OFFICES LLP |
| 4 | 4322 Wilshire Blvd Suite 200 |
| | Los Angeles, CA 90010 |
| 5 | Telephone:   (323) 930-5690 |
| | Facsimile:   (323) 630-5693 |
| 6 | |
| | Attorneys for |
| 7 | JI WANG and |
| | SHANGHAI T2 ENTERTAINMENT |
| 8 | COMPANY LIMITED |
| 9 | |
| | Henry C. Wang (Bar No. 196537) |
| 10 | HWang@bautelaw.com |
| | Sean A. Andrade (Bar No.  223591) |
| 11 | SAndrade@bautelaw.com |
| | BAUTE CROCHETIERE & MALONEY LLP |
| 12 | 777 South Figueroa Street, Suite 4900 |
| | Los Angeles, CA 90017 |
| 13 | Telephone: (213) 630-5000 |
| | Facsimile:  (213) 683-1225 |
| 14 | |
| | Attorneys for |
| 15 | HSIANG ("KEVIN") JEN CHIANG and NING LU |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## [PROPOSED] ORDER

Having reviewed the parties' Joint Stipulation to Dismiss the Consolidated Action with Prejudice ("Stipulation"), and for good cause shown, the Stipulation is **HEREBY GRANTED**, and the Court **ORDERS** that the Complaint and the Amended Counterclaims are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: December 14, 2011

_____
The Honorable Margaret M. Morrow
United States District Court Judge